Scott G. Gratton
Anthony P. Reed
BROWN LAW FIRM, P.C.
269 W. Front Street, Suite A
Missoula, MT 59802
Tel (406) 830-3248
Fax (406) 830-3745
sgratton@brownfirm.com
treed@brownfirm.com

*Attorneys for Defendants*

FILED

6/29/2022

Clerk, U.S. District Court
District of Montana
Billings Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| KENNETH BLOCH,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>TRAVIS ATKINS; and ACCELERATED SERVICES, LLC,<br><br>　　　　　　Defendants. | Cause No.<br><br>**CV-22-65-BLG-SPW-TJC**<br><br>**DEFENDANTS TRAVIS ATKINS AND ACCELERATED SERVICES, LLC'S NOTICE OF REMOVAL** |

TO:  THE HONORABLE UNITED STATES DISTRICT COURT FOR
　　　THE DISTRICT OF MONTANA, BILLINGS DIVISION:

Defendants Travis Atkins ("Atkins") and Accelerated Services, LLC ("Accelerated"), pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, hereby remove this case from the Montana Thirteenth Judicial District, Yellowstone County, to the above-entitled United States District Court, Billings Division.  The grounds for removal are as follows:

1

1. That on May 19, 2022, Plaintiff filed a Complaint and Jury Claim ("Complaint") in the Montana Thirteenth Judicial District Court, Yellowstone County, Cause No. DV-56-22-481-PI.

2. That on or about June 7, 2022, Plaintiff caused a Summons and Complaint to be served upon Defendant Accelerated. Attached hereto as Exhibit 1 is a copy of the Summons and Complaint served upon Defendant Accelerated. On or about June 17, 2022, Defendant Atkins was served with a Summons and a copy of the Complaint.

3. That this Notice is filed within 30 days after both Defendants received a copy of the Complaint.

3. That upon information and belief, Plaintiff Kenneth Bloch is and was at all times relevant a citizen of Brevard County, Florida.

4. That Defendant Accelerated is a Colorado limited liability company headquartered and with its principal place of business in Parker, Colorado.

5. That Defendant Atkins is and was at all times relevant a citizen of Elbert County, Colorado.

6. From the content of the Complaint, this matter in controversy, exclusive of interest and costs, exceeds the sum of Seventy-Five Thousand Dollars $75,000.00, and complete diversity exists between Plaintiff, who is a citizen of Florida, and Defendants, who are citizens of Colorado.

7.  That the above Court has jurisdiction of this case under and by virtue of the provisions of 28 U.S.C § 1332.

8.  That Defendants Atkins and Accelerated will give written notice of this Notice of Removal to counsel for Plaintiff and the Montana Thirteenth Judicial District Court, Yellowstone County pursuant to Mont. R. Civ. P. 77(e), by which act the above-entitled cause is removed from such state district court to the above captioned United States District Court.

DATED this 28th day of June, 2022.

BROWN LAW FIRM, P.C.

/s/ Scott G. Gratton
*Attorneys for Defendants*